**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHAPTER 13 PLAN - AMENDED**
**AND RELATED MOTIONS**

Name of Debtor(s):  **Lawrence Laney, Sr.**
**Cecilia Staten Laney**                                Case No:  **08-35283**

This plan, dated __**March 18, 2009**__, is:

☐ the *first* Chapter 13 plan filed in this case.
☒ a modified plan, which replaces the plan dated __**December 2, 2008**__.

Date and Time of <u>Modified Plan</u> Confirming Hearing:
**5/6/2009 at 9:00 am**
Place of <u>Modified Plan</u> Confirmation Hearing:
**701 E. Broad Street, Rm 5000, Richmond, VA 23219**

The plan provisions modified by this filing are:
**1, 3, 5**

Creditors affected by this modification are:
**New Generations Fed. Credit Union and all unsecured creditors**

**NOTICE: YOUR RIGHTS WILL BE AFFECTED. You should read these papers carefully. If you oppose any provision of this plan, or if you oppose any included motions to (i) value collateral, (ii) avoid liens, or (iii) assume or reject unexpired leases or executory contracts, you MUST file a timely written objection.**

**This plan may be confirmed and become binding, <u>and the included motions in paragraphs 3, 6, and 7 to value collateral, avoid liens, and assume or reject unexpired leases or executory contracts may be granted</u>, without further notice or hearing unless a written objection is filed not later than ten (10) days prior to the date set for the confirmation hearing and the objecting party appears at the confirmation hearing.**

The debtor(s)' schedules list assets and liabilities as follows:

Total Assets: **$411,581.11**
Total Non-Priority Unsecured Debt: **$133,294.77**
Total Priority Debt: **$0.00**
Total Secured Debt: **$385,507.70**

1. **Funding of Plan.** The debtor(s) propose to pay the trustee the sum of **$500.00 Monthly for 1 months, then $1,650.00 Monthly for 4 months, then $1,850.00 Monthly for 55 months**. Other payments to the Trustee are as follows: __NONE__. The total amount to be paid into the plan is $__108,850.00__.

2. **Priority Creditors.** The Trustee shall pay allowed priority claims in full unless the creditor agrees otherwise.

    A. **Administrative Claims under 11 U.S.C. § 1326.**

    1. The Trustee will be paid 10% of all sums disbursed except for funds returned to the debtor(s).
    2. Debtor(s)' attorney will be paid $__2,834.00__ balance due of the total fee of $__3,000.00__ concurrently with or prior to the payments to remaining creditors.

    B. **Claims under 11 U.S.C. §507.**
    The following priority creditors will be paid by deferred cash payments pro rata with other priority creditors or in monthly installments as below, except that allowed claims pursuant to 11 U.S.C. § 507(a)(1) will be paid prior to other priority creditors but concurrently with administrative claims above:

| Creditor | Type of Priority | Estimated Claim | Payment and Term |
|---|---|---|---|
| -NONE- | | | |

3. **Secured Creditors and Motions to Value Collateral.**

    This paragraph provides for claims of creditors who hold debts that are secured by real or personal property of the debtors(s) but (a) are not secured solely by the debtor(s)' principal residence and (b) do not have a remaining term longer than the length of this plan.

    A. **Claims to Which § 506 Valuation is NOT Applicable.** Claims listed in this subsection consist of debts secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor for which the debt was incurred within 910 days of the filing of the bankruptcy petition, or if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. See § 1325(a)(5). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the amount of the claim in column (d) with interest at the rate stated in column (e). **Upon confirmation of the plan, the interest rate shown below will be binding unless a timely written objection to confirmation is filed and sustained by the Court.** Payments distributed by the Trustee are subject to the availability of funds.

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Est Claim Amt | (e) Interest Rate | (f) Monthly Paymt & Estimate Term** |
|---|---|---|---|---|---|
| Suntrust Bank* | 2003 Range Rover | 2007 | 37,657.62 | 6.25% | $740 per month for 60 months or Prorata – ADEQUATE PROECTION PAYMENTS OF $300 PER MONTH ARE PROPOSED |

    B. **Claims to Which §506 Valuation is Applicable.** Claims listed in this subsection consist of any claims secured by personal property not described in Plan paragraph 3.A. After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the replacement value as stated in column (d) or the amount of the claim, whichever is less, with interest at the rate stated in column (e). The portion of any allowed claim that exceeds the value indicated below will be treated as an unsecured claim. **Upon confirmation of the plan, the valuation and interest rate shown below will be binding unless a timely written objection to confirmation is filed and sustained by the Court.** Payments distributed by the Trustee are subject to the availability of funds.

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Replacement Value | (e) Interest Rate | (f) Monthly Paymt & Estimate Term** |
|---|---|---|---|---|---|

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Replacement Value | (e) Interest Rate | (f) Monthly Paymt & Estimate Term** |
|---|---|---|---|---|---|
| VACAP Federal Credit Union* | 2003 BMW 745 LI lemon law issue - 10,000 value according to debtor after review of lemon law issues | 2004 | 16,000.00 – PER COURT ORDER | 6.25% | $311 per month for 60 months or proratam- ADEQUATE PROTECTION PAYMENTS OF $100 PER MONTH ARE PROPOSED |
| VACAP Federal Credit Union* | 2000 BMW 323i | NON PURCHASE MONEY | 7,000.00 | 6.25% | $170 per month for 36 months or Prorata – ADEQUATE PROTECTION PAYMENT OF $50 PER MONTH ARE PROPOSED |

**** THE MONTHLY PAYMENT STATED HERE SHALL BE THE ADEQUATE PROTECTION PAYMENTS PURSUANT TO 1326(a)(1)(C) TO THESE CREDITORS UNLESS OTHERWISE PROVIDED IN PARAGRAPH 11 OR BY SEPARATE ORDER OF THE COURT.**

    **C.**    **Collateral to be surrendered.** Upon confirmation of the plan, or before, the debtor will surrender his or her interest in the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy the claim, any timely filed deficiency claim to which the creditor is entitled shall be paid as a non-priority unsecured claim. The order confirming the plan shall have the effect of terminating the automatic stay as to the collateral surrendered.

| Creditor | Collateral Description | Estimated Total Claim | Full Satisfaction (Y/N) |
|---|---|---|---|
| GE Money Bank* | 2008 Spider Motorcycle Mother Makes Payments | 15,707.11 | N |

**4.**    **Unsecured Claims.**

    **A.**    **Not separately classified.** Allowed non-priority unsecured claims shall be paid pro rata from any distribution remaining after disbursement to allowed secured and priority claims. Estimated distribution is approximately __25__ %. If this case were liquidated under Chapter 7, the debtor(s) estimate unsecured creditors would receive a Dividend of approximately __10__ %.

    **B.**    **Separately classified unsecured claims.**

| Creditor | Basis for Classification | Treatment |
|---|---|---|
| -NONE- | | |

**5.**    **Long Term Debts and claims Secured by the Debtor(s)' Primary Residence.**

Creditors listed below are either secured by the debtor(s)' principal residence or hold a debt the term of which extends beyond the term of this plan.

    **A.**    **Debtor(s) to pay claim directly.** The creditors listed below will be paid by the debtor(s) pursuant to the contract without modification, except that arrearages, if any, will be paid by the Trustee either pro rata with other secured claims or on a fixed monthly basis as indicated below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| BB&T Mortgage* | Single family dwelling, rental propery located at 815 Bedrock Lane Richmond VA used as rental property | 1,084.00 | 0.00 | 0% | 0 months | |
| BB&T* | 1999 Tractor-Freightliner 700,000 miles Laney's Trucking dba CCS Transportation Inc. | 0.00 | 0.00 | 0% | 0 months | |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Estimated Cure Period | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **Homecoming Financial - GMAC*** | **Single family dwelling, princ. res. located at 6208 Varina Station Drive Richmond, VA 23231** | **509.00** | **525.09** | **0%** | **45 months** | **Prorata** |
| **IndyMac Bank** | **Single family dwelling, princ. res. located at 6208 Varina Station Drive Richmond, VA 23231** | **1,497.00** | **0.00** | **0%** | **0 months** | |
| **City of Richmond** | **Real Estate Ttaxes** | **n/a** | **$3,063.89** | **8%** | **24 months** | Prorata |

    **B.**    **Trustee to pay the contract payments and the arrearages.**  The creditors listed below will be paid by the Trustee the regular contract monthly payments during the term of this plan.  The arrearage claims, if any, will be cured by the Trustee by payments made either pro rata with other secured claims or by fixed monthly payments as indicated below.

| Creditor | Collateral | Regular Contract Payment | Estimated Arrearage | Interest Rate | Term for Arrearage | Monthly Arrearage Payment |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**6.**    **Executory Contracts and Unexpired Leases.**  The debtor(s) move for assumption or rejection of the executory contracts and leases listed below.

    **A.**    **Executory contracts and unexpired leases to be rejected.**  The debtor(s) reject the following executory contracts.

| Creditor | Type of Contract |
|---|---|
| **-NONE-** | |

    **B.**    **Executory contracts and unexpired leases to be assumed.**  The debtor(s) assume the following executory contracts.  The debtor agrees to abide by all terms of the agreement.  The Trustee will pay the pre-petition arrearages, if any, through payments made pro rata with other priority claims or on a fixed monthly basis as indicated below.

| Creditor | Type of Contract | Arrearage | Monthly Payment for Arrears | Estimated Cure Period |
|---|---|---|---|---|
| **-NONE-** | | | | |

**7.**    **Motions to Avoid Liens.**

    **A.**    **The debtor(s) move to avoid liens pursuant to 11 U.S.C. § 522(f).**  The debtor(s) move to avoid the following judicial liens and non-possessory, non-purchase money liens that impair the debtor(s)' exemptions.  **Unless a written objection is timely filed with the Court, the Court may grant the debtor(s)' motion and cancel the creditor's lien.**  If an objection is filed, the Court will hear evidence and rule on the motion at the confirmation hearing.

| Creditor | Collateral | Exemption Basis and Amount | Value of Collateral |
|---|---|---|---|
| **-NONE-** | | | |

    **B.**    **Avoidance of security interests or liens on grounds other than 11 U.S.C. § 522(f).**  The debtor(s) have filed or will file and serve separate pleadings to avoid the following liens or security interests.  The creditor should review the notice or summons accompanying such pleadings as to the requirements for opposing such relief.  The listing here is for informational purposes only.

| Creditor | Type of Lien | Description of Collateral | Basis for Avoidance |
|---|---|---|---|
| **-NONE-** | | | |

**8.    Treatment of Claims.**

- All creditors must timely file a proof of claim to receive payment from the Trustee.
- If a claim is scheduled as unsecured and the creditor files a claim alleging the claim is secured but does not timely object to confirmation of the plan, the creditor may be treated as unsecured for purposes of distribution under the plan. This paragraph does not limit the right of the creditor to enforce its lien, to the extent not avoided or provided for in this case, after the debtor(s) receive a discharge.
- If a claim is listed in the plan as secured and the creditor files a proof of claim alleging the claim is unsecured, the creditor will be treated as unsecured for purposes of distribution under the plan.

**9.    Vesting of Property of the Estate.** Property of the estate shall revest in the debtor(s) upon confirmation of the plan. Notwithstanding such vesting, the debtor(s) may not sell, refinance, or encumber real property without approval of the court.

**10.   Incurrence of indebtedness.** During the term of the plan, the debtor(s) shall not voluntarily incur additional indebtedness in an amount exceeding $5,000 without approval of the court.

**11.   Other provisions of this plan:**


**Signatures:**

**Dated:    March 18, 2009**

**/s/  Lawrence Laney, Sr.**                                **/s/ Ellen P. Ray**
**Lawrence Laney, Sr.**                                     **Ellen P. Ray 32286**
**Debtor**                                                  **Debtor's Attorney**

**/s/  Cecilia Staten Laney**
**Cecilia Staten Laney**
**Joint Debtor**

**Exhibits:**     Copy of Debtor(s)' Budget (Schedules I and J);
                  Matrix of Parties Served with plan

Certificate of Service

I certify that on __**March 23, 2009**__, I mailed a copy of the foregoing to the creditors and parties in interest on the attached Service List.

**/s/ Ellen P. Ray**
**Ellen P. Ray 32286**
Signature

**P.O. Box 12451**
**Richmond, VA 23241-0451**
Address

**804-355-1800**
Telephone No.

Ver. 06/28/06 [effective 09/01/06]

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                              Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Lawrence Laney, Sr.**
      **Cecilia Staten Laney**                                            Case No.  **08-35283**
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** | AGE(S): **15** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Owner** | |
| Name of Employer | **Laneys Trucking** | **Wachovia Bank** |
| How long employed | **6 years** | **5 months** |
| Address of Employer | **dba ccs Transportation Inc** | **1525 West WT Harris Blvd Charlotte, NC 28288** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **2,660.16** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **2,660.16** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **0.00** | $ **323.58** |
|    b. Insurance | $ **0.00** | $ **697.62** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **1,021.20** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **1,638.96** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **5,488.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **950.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **wift has second job as a realtor $ amt varies** | $ **0.00** | $ **250.00** |
|    **1/12 annual tax refunds** | $ **100.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **5,588.00** | $ **1,200.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **5,588.00** | $ **2,838.96** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **8,426.96** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Lawrence Laney, Sr.**
     **Cecilia Staten Laney**                                      Case No.  **08-35283**
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,497.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | |
| b. Is property insurance included?    Yes **X**    No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 206.00 |
| b. Water and sewer | $ 50.00 |
| c. Telephone | $ 0.00 |
| d. Other  **Gas** | $ 90.00 |
| 3. Home maintenance (repairs and upkeep) | $ 40.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 80.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 230.00 |
| 8. Transportation (not including car payments) | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 20.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 0.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  **See Detailed Expense Attachment** | $ 161.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other  **See Detailed Expense Attachment** | $ 1,647.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ 1,655.96 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,776.96 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 8,426.96 |
| b. Average monthly expenses from Line 18 above | $ 6,776.96 |
| c. Monthly net income (a. minus b.) | $ 1,650.00 |

**B6J (Official Form 6J) (12/07)**

In re **Lawrence Laney, Sr.**
**Cecilia Staten Laney**     Case No. **08-35283**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Specific Tax Expenditures:**

| | |
|---|---:|
| pers prop taxes and tags | $ 45.00 |
| real estate taxes | $ 116.00 |
| **Total Tax Expenditures** | **$ 161.00** |

**Other Installment Payments:**

| | |
|---|---:|
| 2nd mortgage | $ 509.00 |
| Real Estate Taxes & License Fee | $ 44.00 |
| Mortgage on Rental Property | $ 1,094.00 |
| **Total Other Installment Payments** | **$ 1,647.00** |

**Other Expenditures:**

| | |
|---|---:|
| Grooming | $ 60.00 |
| School Lunches | $ 100.00 |
| Lock Box Fee | $ 10.00 |
| Maintenance for business vehicles | $ 200.00 |
| cell phones business and personal | $ 230.00 |
| vehicle insurance | $ 427.00 |
| gas for business | $ 550.00 |
| fuel taxes | $ 50.00 |
| misc expenses | $ 28.96 |
| **Total Other Expenditures** | **$ 1,655.96** |

Office of the US Trustee
600 E. Main Street, Ste 301
Richmond, VA 23219

FIA Card Services
P.O. Box 15726
Wilmington, DE 19886-5726

VACAP Federal Credit Union
1700 Robin Hood Rd
Richmond, VA 23220

Bank of America
PO Box 15710
Wilmington, DE 19850-5710

GE Money Bank
PO Box 981127
El Paso, TX 79998-1127

Wells Fargo Financial
PO Box 98791
Las Vegas, NV 89193-8791

Bank of America - Business Car
PO Box 15710
Wilmington, DE 19850-5710

GE Money Loc
P.O. Box 530913
Atlanta, GA 30353-0913

BB&T
Equipment Finance
PO Box 580155
Charlotte, NC 28258-0155

Homecoming Financial
2711 N. Haskell
Dallas, TX 75204

BB&T Mortgage
Bankruptcy Dept.
PO Box 1847
Wilson, NC 27894-1847

IndyMac Bank
PO Box 4045
Kalamazoo, MI 49003-4045

Best Buy
Retail Services
PO Box 17298
Baltimore, MD 21297-1298

New Generations
Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408

Capital One
PO Box 85612
Richmond, VA 23276-0001

New Generations Credit Union
1700 Robin Hood Road
Richmond, VA 23220

Citi Mastercard
Processing Center
Des Moines, IA 50364-0001

Sears Bankruptcy Recovery
PO Box 20363
Kansas City, MO 64195-0363

City of Richmond
Real Estate Tax Assessment
900 E. Broad Street - Rm 102
Richmond, VA 23219

Sears Credit Cards
PO Box 183081
Columbus, OH 43218-3082

Elizabeth Moore

Suntrust Bank
PO Box 794411
Baltimore, MD 21279-1144