UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Lawrence and Cecelia Laney                    Case No. 08-35283-KRH
                                                     Chapter 13

Debtor(s)

**APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)**

Ellen P. Ray applies for approval and payment of supplemental compensation (including reimbursement of expenses) as attorney for the debtor in the amount of $250.00.

1. The period covered by this application is from September 13, 2010 through October 4, 2010

2. Fees in the amount of $3,000.00  having previously been paid by the debtor(s) or approved for payment through the plan.

3. The attorney and paralegals who provided services for which compensation is requested are as follows:

| Name of Attorney or Paralegal | Attorney ? (y/n) | Years in Practice | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. A summary of the services for which compensation is requested is as follows:

| Description of Services Rendered | Attorney Hours | Paralegal Hours | Total Fees |
|---|---|---|---|
|  |  |  |  |
| Representation in Motion for Relief filed by BB&T Mortgage | 1 hour and 25 minutes |  | $250.00 |
|  |  |  |  |

5. Fees and costs in the amount of $0.00 have been written off in the exercise of billing discretion.

6. Charges <u>have not</u> been included for preparation and noticing of the fee application and any court appearances related to the application.

7. The requested fee <u>can </u>be paid without reducing the dividend on unsecured claims.
   If applicable, the debtor <u>does</u> consent to an increase of the plan term to <u>60 months</u>
   or an increase in the plan payment to <u>$0.00 </u>to allow for payment of the
   compensation without reducing the dividend.


/s/ Ellen P. Ray
Ellen P. Ray, Esq.
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800
Va. Bar No. 32286

Certificate of Service

I certify that I have this 5th day of October, 2010, transmitted a true copy of the
foregoing application electronically through the Court's CM/ECF system or by mail
to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the
electronic means provided for at Local Bankruptcy rule 2002-1(d)(3), and to all
creditors and parties in interest on the mailing matrix maintained by the clerk of
court, a copy of which is attached.

/s/ Ellen P. Ray
Ellen P. Ray


Robert E. Hyman, Chapter 13 Trustee
PO Box 1780
Richmond, VA 23218-1780

Lawrence and Cecelia Laney
6208 Varina Station Drive
Richmond, VA 23231

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Lawrence and Cecelia Laney                Case No. 08-35283-KRH
                                                 Chapter 13

        Debtor(s)

## <u>NOTICE OF MOTION</u>

\*\*<u>Notice of Motion</u>\*\*

Ellen P. Ray Counsel for the Debtor, has filed papers with the Court to Apply for Supplemental Compensation of Attorney for Debtor.

        <u>Your rights may be affected.</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

        If you do not want the Court to grant the motion, or if you want the Court to consider your view on the motion, then on or before October 19, 2010 (fourteen days) you or your attorney must:

                File with the Court, at the address shown below, a
                written response pursuant to Fed. Rules of Bankruptcy
                Procedure Section 2002(a)(2) and Local Bankruptcy
                Rule 9013.  If you mail your response to the court for
                filing, you must mail it early enough so the Court will
                **receive** it on or before the date stated above.

                Clerk of Court
                United States Bankruptcy Court
                701 E. Broad Street, Rm 4000
                Richmond, VA 23219

        You must also mail a copy to:

                Attorney for Debtor
                Ellen P. Ray
                1701 W. Main Street
                Richmond, VA 23220

**A court hearing has not been set on this matter and will not be set unless a timely objection to this application is filed with the court.  If no objections are filed, the court may enter an order granting the application with no further notice to the parties of interest.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the application for supplemental fees.
        <u>        /s/ Ellen P. Ray        </u>

Ellen P. Ray, Esquire                           Date:    10-5-2010
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800

Va. State Bar No. 32286

Certificate of Service

I certify that a copy of the foregoing Notice of Motion was mailing, by first class mail, or sent electronically, October 5, 2010, to the following parties and to all parties listed on the attachment below:

   /s/ Ellen P. Ray

Ellen P. Ray

Robert E. Hyman, Chapter 13 Trustee
PO Box 1780
Richmond, VA 23218-1780

Lawrence and Cecelia Laney
6208 Varina Station Drive
Richmond, VA 23231

Office of the US Trustee
701 E. Broad Street, Ste 4304
Richmond, VA 23219

.

Citibank
c/o LVNV Funding
PO Box 10587
Greenville, SC 29603

Laney, Sr., Lawrence and Cecilia - 08

New Generations
Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408

Bank of America - Business Ca*
PO Box 15710
Wilmington, DE 19850-5710

City of Richmond*
Real Estate Tax Assessment
900 E. Broad Street - Rm 102
Richmond, VA 23219

New Generations Credit Union
1700 Robin Hood Road
Richmond, VA 23220

Bank of America*
PO Box 15710
Wilmington, DE 19850-5710

Elan Financial Services*
P.O. Box 5229
Cincinnati, OH 45201

PRA Receivables*
PO Box 41067
Norfolk, VA 23541

Bass and Associates*
3936 E. Fort Lowell Rd.
Tucson, AZ 85712-1083

Elizabeth Moore

Sears Bankruptcy Recovery
PO Box 20363
Kansas City, MO 64195-0363

BB&T Mortgage*
Bankruptcy Dept.
PO Box 1847
Wilson, NC 27894-1847

FIA Card Services
P.O. Box 15726
Wilmington, DE 19886-5726

Sears Credit Cards*
PO Box 183081
Columbus, OH 43218-3082

BB&T*
Equipment Finance
PO Box 580155
Charlotte, NC 28258-0155

GE Consumer Finance*
CARE CREDIT
PO Box 960061
Orlando, FL 32896-0661

Suntrust Bank*
PO Box 794411
Baltimore, MD 21279-1144

Best Buy
Retail Services
PO Box 17298
Baltimore, MD 21297-1298

GE Money Bank*
PO Box 981127
El Paso, TX 79998-1127

VACAP Federal Credit Union*
1700 Robin Hood Rd
Richmond, VA 23220

Capital One*
PO Box 85612
Richmond, VA 23276-0001

GE Money Loc
P.O. Box 530913
Atlanta, GA 30353-0913

Wells Fargo Financial*
PO Box 98791
Las Vegas, NV 89193-8791

Caudle & Ballato*
3123 West Broad Street
Richmond, VA 23230

Homecoming Financial - GMAC*
2711 N. Haskell
Dallas, TX 75204

Citi Mastercard*
Processing Center
Des Moines, IA 50364-0001

IndyMac Bank
PO Box 4045
Kalamazoo, MI 49003-4045