Cecilia and Lawrence Laney

6208 Varina Station Dr.

Richmond, Va. 23231

October 12, 2010

Case No. 08-35283-KRH Chapter 13



### NOTICE OF MOTION

To the United States Bankruptcy Court Eastern District of Virginia, this is in response of a motion for Supplemental Fees in Chapter 13 plan. I object to additional funds or modification of fess on the behalf of the bankruptcy attorney for the following reasons:

1.) I have not received proper counsel in the bankruptcy.

2.) My bankruptcy was discharging due to counsel not filing documents in a timely manner. Discharge of the bankruptcy creditors started calling my home, work, and cell phone demanding payment. The bank was able withdrew all my funds from the account, causing my mortgages to be returned, and overdraft fees on my checking account. (The numerous phones from creditors and overdrafts from the bank was how I was informed of the discharge of the bankruptcy.)

3.) Counsel wasn't present for a creditor hearing. The attorney she sent in her place had no knowledge of the case; having me to actually represent myself in the hearing.

I am asking for a hearing date to further discuss this matter and provide documentation.

Sincerely,

*[signature]*
*[signature]*
Cecilia and Lawrence Laney

Certificate Service

I certify that a copy of the foregoing Motion Response was mailing, or sent October 13, 2010 to the following parties and to all parties listed on the attachment below.

Cecilia & Lawrence Laney

Robert E. Hyman, Chapter 13 Trustee

PO Box 1780

Richmond, Va. 23218-1780

Ellen P. Ray Esquire

1701 W. Main Street

Richmond, Va. 23220

Clerk Court

United States Bankruptcy Court

701 E. Broad Street, Rm 4000

Richmond, a. 23219